AO 91 (Rev. 11/11)  Criminal Complaint

AUSA: Kranz  Telephone: (989) 895-5712
Agent: Hewett-DHS  Telephone: (573) 776-8780

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Darwin Javier Mejia-Reyes

Case: 1:25-mj-30632
Assigned To : Unassigned
Assign. Date : 10/9/2025
Description: USA V SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2, 2025__ in the county of __Midland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua A. Hewett, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: October 9, 2025

_____
Judge's signature

City and state: Detroit, Michigan

Elizabeth A. Stafford,  United States Magistrate Judge
Printed name and title

Case: 1:25-mj-30632
Assigned To : Unassigned
Assign. Date : 10/9/2025
Description: USA V SEALED

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Joshua A. Hewett, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint to establish probable cause that Darwin Javier MEJIA-REYES is an alien who was previously removed from the United States and is currently present in the United States in violation of Title 8 U.S.C. §1326 (Unlawful Re-Entry Following Removal from the United States).

2. I am a Border Patrol Agent (BPA) with the United States Border Patrol (USBP) under the Bureau of Customs and Border Protection, which is a component agency of the Department of Homeland Security and have been employed by the USBP since August of 2016. I have been assigned to the Marysville Sector Intelligence Detachment (MRV SID) since December of 2024. As part of my daily duties, I investigate criminal activity in violation of 8 U.S.C. §1324 (Alien Smuggling/Transport/Harboring), §1325 (Illegal Entry), §1326 (Unlawful Re-Entry Following Removal), as well as conduct investigations

1

regarding illicit cross-border activity within the Marysville/Detroit area of operations.

3. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers, to include Border Patrol agents, and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Darwin Javier MEJIA-REYES. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. On January 2, 2025, MRV SID received information that Michigan State Police (MSP) encountered MEJIA-REYES during a traffic stop near Midland, MI. MEJIA-REYES was not in possession of any United States issued identification. MRV SID requested other information such as biographical info or photos of documents that could help us start our investigation. MRV SID received a photo of MEJIA-REYES' passport as well as the address provided during the encounter.

5. Research revealed MEJIA-REYES is a fifty-three-year-old male and citizen of Honduras, who has had two prior apprehensions by Immigration and

Customs Enforcement (ICE). MEJIA-REYES was first apprehended by ICE agents in 2009. He was issued a Warrant of Arrest/Notice to Appear and was subsequently ordered removed by an Immigration Judge on March 22, 2011. MEJIA-REYES breached his bond and failed to appear as required for removal.

6. MEJIA-REYES was later arrested in 2013 and was issued a Bag and Baggage return. A "Bag and Baggage" return follows a formal notice sent by the U.S. government to an individual ordered deported, instructing them to report to a designated location with their belongings on a specific date for removal from the country.

7. MEJIA-REYES was removed from the United States to Honduras on July 16, 2013.

8. A review of MEJIA-REYES' criminal history revealed that in 2008 he was convicted of Driving While Intoxicated, a misdemeanor offense, in Crawford County, Arkansas. He was sentenced to 10 days' custody.

9. Investigative activity confirms MEJIA-REYES has illegally re-entered the United States following his removal in 2013. Records indicate MEJIA-REYES has been encountered and cited several times for a variety of traffic violations, including driving without a license in Missouri in 2017, and the same offense in Oklahoma in 2009.

10. Since January 2025, a vehicle registered to Darwin Javier MEJIA-REYES has been observed traveling throughout the State of Michigan, a blue F-350 (AR 789ZXK). This was also the vehicle that MEJIA-REYES was driving during the traffic stop by MSP in January 2025.

11. MEJIA-REYES is believed to be residing at 324 S. Walter Ct, Midland, MI 48642. This information was gathered using Traffic Pattern Analysis tools, physical surveillance, records checks, and other investigative activity. I have surveilled the residence on several occasions between January 5, 2025, and August 29, 2025 and observed a van (AR AKJ08C) that is registered to MEJIA-REYES out of the State of Arkansas parked in the driveway.

12. CBP records indicate a subject named "Darwin Mejia" has been receiving packages at 324 S. Walter Ct., Midland, MI since January 2025 and has received mail there as recently as August 22, 2025.

13. Based on the above information, I believe there is probable cause to conclude that Darwin MEJIA-REYES, is an alien who was previously removed from the United States and has re-entered the United States after removal and is residing in Michigan, without obtaining the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland

Security to re-apply for the admission into the United States in violation of the Title 8 U.S.C. § 1326(a).

Respectfully submitted,

Joshua A. Hewett
Border Patrol Agent
United States Border Patrol

Sworn to before me and signed in my presence and/or by reliable electronic means on  October 9, 2025  .

_____
ELIZABETH A. STAFFORD
United States Magistrate Judge